**Form 18A-1**

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 18A**

```
                    Plaintiffs,

        v.

                    Defendant.
```

**NOTIFICATION OF TERMINATION OF GOVERNMENT ATTORNEY ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)**

PLEASE TAKE NOTICE that _____, an attorney with _____, who previously entered an appearance on behalf of _____ in this action is no longer participating in this action. Please remove her CM/ECF access to business proprietary information and assure that she is no longer served with business proprietary information.

Date: _____     _____
                                                                          Attorney

_____
Agency

_____
Street Address

_____
City, State and Zip Code

_____
Telephone Number

_____
E-mail Address

Schedule to Notification of Termination of Government Attorney
Access to Business Proprietary Information

| Court Number | Case Name |
| --- | --- |
| 18-0002 | Linyi Chengen Import and Export Co., Ltd., v. United States |
| 19-00122 | Committee Overseeing Action for Lumber International Trade Investigations or Negotiations v. United States |
| 21-00077 | Ellwood City Forge Company et al v. United States |
| 21-00079 | BGH Edelstahl Siegen GmbH v. United States |
| 23-00144 | Shelter Forest International Acquisition, Inc. v. United States |
| 23-00155 | Greatriver Wood Co., Ltd. v. United States |
| 23-00156 | USPLY LLC v. United States |
| 23-00159 | Boise Cascade Building Materials Distribution LLC v. United States |
| 23-00162 | Cabinetworks Group Inc. et al v. United States |
| 23-00163 | Concannon Lumber Company et al v. United States |
| 23-00164 | Hardwoods Specialty Products USLP et al v. United States |
| 23-00166 | American Pacific Plywood, Inc. v. United States |
| 23-00167 | American Woodmark Corporation v. United States |
| 23-00168 | Del Valle Kahman & Company v. United States |
| 23-00169 | Ike Trading Company Limited v. United States |
| 23-00170 | Pittsburgh Forest Products v. United States |
| 23-00171 | Panoply Wood Products USA Inc. v. United States |
| 23-00172 | Eagle Industries Company Limited v. United States |
| 23-00173 | Golden Bridge Industries Pte. Ltd. v. United States |
| 23-00174 | Lechenwood Viet Nam Company Limited v. United States |
| 23-00175 | Arrow Forest International Co., Ltd. v. United States |
| 23-00176 | Her Hui Wood (Vietnam) Co., Ltd. v. United States |
| 23-00177 | Vietnam ZhongJia Wood Company Limited v. United States |
| 23-00178 | Long LUU Plywood Production Co., Ltd. v. United States |
| 23-00179 | TEKCOM Corporation v. United States |
| 23-00180 | Tumac Lumber Co., Inc. v. United States |